**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Susana Guerrero*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA GUERRERO,<br><br>   Plaintiff,<br><br>vs.<br><br>CONCORA CREDIT, INC. D/B/A FEB RETAIL; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendants. | Case No.:<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Susana Guerrero ("Plaintiff") hereby submits the following Certification of Interested Parties or Persons:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 3, 2025

                            Respectfully submitted,

                            **KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
     David McGlothlin, Esq.
     Mona Amini, Esq.
     Gustavo Ponce, Esq.
     *Attorneys for Plaintiff*