**GOODMAN LAW FIRM, APC**

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendants
Concora Credit Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA GUERRERO,<br><br>           Plaintiff,<br><br>v.<br><br>CONCORA CREDIT, INC. D/B/A FEB RETAIL; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>           Defendants. | CASE NO.:  3:25-cv-02192-AGT<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CONCORA CREDIT INC. TO RESPOND TO COMPLAINT (LR 6-1(a))**<br><br>Current Response Date:  Mar. 25, 2025<br>New Response Date:      Apr. 24, 2025 |

Pursuant to N.D. Cal. Local Rule 6-1(a), it is hereby stipulated by Plaintiff Susana Guerrero ("Plaintiff") and Defendant Concora Credit Inc. ("Defendants"), by and through undersigned counsel, that Defendant shall have an extension of time to respond to the Complaint up to and including April 24, 2025. This is the first extension of Defendant's time to respond to the Complaint.

Dated: March 20, 2025   **KAZEROUNI LAW GROUP, APC**

By: _/s/ Gustavo Ponce_
Gustavo Ponce
Attorneys for Plaintiff
Susana Guerrero

Dated: March 20, 2025   **GOODMAN LAW FIRM, APC**

By: _/s/ Brett B. Goodman_
Brett B. Goodman
Attorneys for Defendant
Concora Credit Inc.

### Signature Certification

Pursuant to L.R. 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

Dated: March 20, 2025   **GOODMAN LAW FIRM, APC**

By: _/s/ Brett B. Goodman_
Brett B. Goodman
Attorneys for Defendant
Concora Credit Inc.

**CERTIFICATE OF SERVICE**

I certify that on March 20, 2025, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: March 20, 2025

                                        By:  */s/ Brett B. Goodman*
                                                Brett B. Goodman