1  NOKES & QUINN, LLP
   Thomas P. Quinn, Jr. (SBN 132268)
2  tquinn@nokesquinn.com
   410 Broadway, Suite 200
3  Laguna Beach, California 92651
   Telephone:  (949) 376-3500
4  Facsimile:  (949) 376-3070

5  *Counsel for Defendant*
   *Equifax Information Services LLC*
6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 | SUSANA GUERRERO,                              | Case No. 3:25-cv-02192-AGT
12 |                    Plaintiff,                 |
   |                                               | **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATE OF INTERESTED ENTITIES [L.R. 3-15]**
13 |        v.                                     |
14 | CONCORA CREDIT, INC. D/B/A FEB RETAIL;        |
   | EXPERIAN INFORMATION SOLUTIONS,               |
15 | INC.; TRANS UNION, LLC; and EQUIFAX           |
   | INFORMATION SERVICES, LLC,                    |
16 |                                               |
17 |                    Defendants.                |

18

19      Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

20 associations of persons, firms, partnerships, corporations (including parent corporations) or other entities

21 (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have

22 a non-financial interest in that subject matter or in a party that could be substantially affected by the

23 outcome of this proceeding:

24      Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc. Equifax Inc.,

25 which is a publicly traded company on the NYSE, is the sole parent of Equifax. No other entity owns 10%

26 or more of Equifax's stock.

27

28

1  DATED: March 26, 2025                    Respectfully submitted,

2                                           NOKES & QUINN, LLP

3

4                                           By:  */s/ Thomas P. Quinn, Jr.*
                                                    Thomas P. Quinn, Jr.
5                                                   *Counsel for Defendant*
                                                    *Equifax Information Services LLC*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2

316678416v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATE OF INTERESTED ENTITIES [L.R. 3-15] with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Thomas P. Quinn, Jr.
Thomas P. Quinn, Jr.
*Counsel for Defendant*
*Equifax Information Services LLC*

CERTIFICATE OF SERVICE

316678416v.1