1  Christine E. Cheung (State Bar No. 335629)
   cecheung@jonesday.com
2  JONES DAY
   555 S. Flower Street, 50th Floor
3  Los Angeles, California  90071
   Telephone:    +1.213.489.3939
4  Facsimile:     +1.213.243.2539

5  Attorneys for Defendant
   EXPERIAN INFORMATION
6  SOLUTIONS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | SUSANA GUERRERO, | Case No. 3:25-cv-02192-AGT |
|---|---|---|
| 12 | Plaintiff, | Honorable Magistrate Judge Alex G. Tse |
| 13 | v. | **STIPULATION TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO COMPLAINT** |
| 14 | CONCORA CREDIT, INC. D/B/A FEB RETAIL; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC, | |
| 15 | | |
| 16 | | Complaint served:  March 7, 2025
Complaint Filed: March 3, 2025
Current response date:  March 28, 2025
New response date:  April 18, 2025 |
| 17 | Defendants. | |

18      IT IS HEREBY STIPULATED by and between Susana Guerrero ("Plaintiff") and

19  Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), by and

20  through their respective counsel of record, that:

21      WHEREAS, on March 3, 2025, Plaintiff filed the Complaint in this Court;

22      WHEREAS, on March 7, 2025, Plaintiff served the Complaint on Experian;

23      WHEREAS, pursuant to the Federal Rules of Civil Procedure 12(a), Experian's deadline

24  to answer or present other defenses or objections to Plaintiff's Complaint is March 28, 2025;

25      WHEREAS, counsel for Plaintiff and Experian have met and conferred, and the Parties

26  have agreed to extend Experian's deadline to respond to Plaintiff's Complaint by twenty-one days

27  to April 18, 2025, to allow additional time for the Parties to engage in settlement discussions;

28

1  WHEREAS, the requested extension is sought in good faith and not for the purposes of
2  delay or any other improper reason; and
3  WHEREAS, in accordance with Local Rule 6-1(a), this change to Experian's response
4  deadline will not alter the date of any event or any deadline already fixed by Court order.
5  THEREFORE, the Parties hereby stipulate and agree to extend the time for Experian to
6  answer, object, or otherwise respond to Plaintiff's Complaint by twenty-one days, up through and
7  including **April 18, 2025**.

Dated:  March 26, 2025                                JONES DAY

                                                      By:  */s/ Christine E. Cheung*
                                                             Christine E. Cheung

                                                      Attorney for Defendant
                                                      EXPERIAN INFORMATION SOLUTIONS, INC.

Dated:  March 26, 2025
                                                      KAZEROUNI LAW GROUP, APC

                                                      By:  */s/ Gustavo Ponce*
                                                             Gustavo Ponce

                                                      Attorneys for Plaintiff
                                                      SUSANA GUERRERO

**ECF SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I, Christine E. Cheung, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated:  March 26, 2025                             */s/ Christine E. Cheung*
                                                                    Christine E. Cheung