1   Christine E. Cheung, Bar No. 335629
    JONES DAY
2   cecheung@jonesday.com
    555 South Flower Street
3   Fiftieth Floor
    Los Angeles, California  90071.2452
4   Telephone:      +1.213.489.3939
    Facsimile:      +1.213.243.2539
5
    Attorneys for Defendant
6   EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11  **SUSANA GUERRERO,**                        **Case No. 3:25-cv-02192-AGT**

12                **Plaintiff,**                 **DEFENDANT EXPERIAN**
                                                 **INFORMATION SOLUTIONS,**
13        **v.**                                 **INC.'S CERTIFICATE OF**
                                                 **INTEREST ED ENTITIES OR**
14  **CONCORA CREDIT, INC. D/B/A FEB**           **PERSONS**
    **RETAIL; EXPERIAN INFORMATION**
15  **SOLUTIONS, INC.; TRANS UNION, LLC;**
    **and EQUIFAX INFORMATION**
16  **SERVICES, LLC,**

17                **Defendants.**

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    Parent Companies: The ultimate parent company of Experian is Experian plc.

2.    Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

(a)    Central Source LLC

(b)    Online Data Exchange LLC

(c)    New Management Services LLC

(d)    VantageScore Solutions LLC

(e)    Opt-Out Services LLC

3.    Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: March 26, 2025                    JONES DAY


By:    */s/ Christine E. Cheung*
        Christine E. Cheung

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS
USDC Case No. 3:25-cv-02192-AGT