UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susana Guerrero , <br><br> Plaintiff(s), <br><br> v. <br><br> Concora Credit, Inc. et al , <br><br> Defendant(s). | Case No. 4:25-cv-02192 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Benjamin J. Kirk, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Concora Credit, Inc. in the above-entitled action. My local co-counsel in this case is Brett B. Goodman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 260899.

2626 E. 82nd Street, Suite 135
MY ADDRESS OF RECORD

11440 W Bernardo Ct., Suite 300
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(612) 225-4176
MY TELEPHONE # OF RECORD

858.757.7262
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

benjamin.kirk@rossmankirk.com
MY EMAIL ADDRESS OF RECORD

brett@goodmanlawapc.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 393192.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/13/2025

Benjamin J. Kirk
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin J. Kirk is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/14/2025

UNITED STATES DISTRICT JUDGE